FILED 04 DEC '19 16:14 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:19-cr-00549-IM |
| v. | INDICTMENT |
| HEIDI MAE SWINEHART, | 18 U.S.C. § 1344(2) |
| Defendant. | |

THE GRAND JURY CHARGES:

### COUNT 1
**(Bank Fraud)**
**(18 U.S.C. § 1344)**

On or about December 10, 2017, in the District of Oregon, **HEIDI MAE SWINEHART**, defendant herein, did execute a scheme or artifice to obtain funds under the custody or control of Boeing Employees Credit Union, a federally insured financial institution, by means of materially fraudulent pretenses and representations, in that defendant completed and attested to the accuracy of a "Credit and Membership Application" in support of an automobile loan for $26,561.00, wherein defendant represented that her "gross monthly pay" was $6,775 and that she received "additional monthly income" of $735 from Social Security Disability Insurance, when

defendant then and there knew that her actual gross monthly pay was substantially less than represented, all in violation of Title 18, United States Code, Section 1344(2).

Dated: December 4, 2019          A TRUE BILL.

███████████████
OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

*[signature]*

RYAN W. BOUNDS, OSB #00012
Assistant United States Attorney

Indictment                                                                 Page 2